**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 11-cv-00275-PAB-KLM

SILVIA COMUZZI-SEZTON,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO AT BOULDER, through its Board of Regents,
TILMAN BISHOP, in his official capacity as a member of the Board of Regents,
STEVE BOSELY, in his official capacity as a member of the Board of Regents,
MICHAEL CARRIGAN, in his official capacity as a member of the Board of Regents,
JAMES GEDDES, in his official capacity as a member of the Board of Regents,
KYLE HYBL, in his official capacity as a member of the Board of Regents,
TOM LUCERO, in his official capacity as a member of the Board of Regents,
STEPHEN LUDWIG, in his official capacity as a member of the Board of Regents,
MONISHA MERCHANT, in her official capacity as a member of the Board of Regents,
JOSEPH NUGUSE,  in his official capacity as a member of the Board of Regents,
PHILLIP DISTEFANO, in his official capacity,
TODD GLEASON, in his official capacity,
DAVID BOONIN, in his official capacity,
VALERIO FERME, in his official and individual capacities, and
PRISCILLA CRAVEN, in her official and individual capacities,

    Defendants.

---

### AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**Brimmer, J.**

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Kristen L. Mix is designated to conduct proceedings in this civil action as follows:

    (X)    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

    (X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X) Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

(X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

( ) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X) Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

Dated February 10, 2011, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Philip A. Brimmer**
        **Philip A. Brimmer**
        **United States District Judge**