IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00275-PAB-KLM

SILVIA COMUZZI-SEXTON,

    Plaintiff,

v.

THE UNIVERSITY OF COLORADO AT BOULDER, through its Board of Regents,
TILMAN BISHOP, in his official capacity as a member of the Board of Regents,
STEVE BOSELY, in his official capacity as a member of the Board of Regents,
MICHAEL CARRIGAN, in his official capacity as a member of the Board of Regents,
JAMES GEDDES, in his official capacity as a member of the Board of Regents,
KYLE HYBL, in his official capacity as a member of the Board of Regents,
TOM LUCERO, in his official capacity as a member of the Board of Regents,
STEPHEN LUDWIG, in his official capacity as a member of the Board of Regents,
MONISHA MERCHANT, in her official capacity as a member of the Board of Regents,
JOSEPH NUGUSE, in his official capacity as a member of the Board of Regents,
PHILLIP DISTEFANO, in his official capacity,
TODD GLEASON, in his official capacity,
DAVID BOONIN, in his official capacity,
VALERIO FERME, in his official and individual capacities, and
PRISCILLA CRAVEN, in her official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Leave to Submit Amended Complaint and Jury Demand** [Docket NO. 11; Filed February 14, 2011] (the "Motion").  Pursuant to Fed. R. Civ. P. 15(a)(1), "[a] party may amend [her] pleading once as a matter of course within:  (A) 21 days after serving it, or (B) . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  As Plaintiff has not previously amended her February 2, 2011 Complaint [Docket No. 1], nor does the record reflect that she has accomplished service on any Defendant, she does not need permission from the Court to file an amended complaint.  However, permission having been sought,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Amended Complaint [Docket No. 11-1 at 2-12] is accepted for filing as of today's date.

IT IS FURTHER **ORDERED** that Defendants who have been previously served, if any, shall answer or otherwise respond to the Amended Complaint on or before **March 4, 2011**.

IT IS FURTHER **ORDERED** that Plaintiff shall accomplish service of the Amended Complaint on any previously unserved Defendant on or before **February 28, 2011**.  These Defendants' answers or responses shall be due as set forth in the Federal Rules of Civil Procedure.

Dated:  February 16, 2011