IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00275-PAB-KLM

SILVIA COMUZZI-SEXTON,

    Plaintiff,

v.

THE BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO AT BOULDER,
THE CHANCELLOR OF THE UNIVERSITY OF COLORADO AT BOULDER, PHILLIP DISTEFANO, in his official capacity,
VALERIO FERME, in his individual capacity, and
PRISCILLA CRAVEN, in her individual capacity,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 27; Filed May 2, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order is entered as an Order of the Court as of today's date, with interlineations.

    Dated: May 2, 2011