IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00275-PAB-KLM

SILVIA COMUZZI-SEXTON,

Plaintiff,

v.

THE BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO AT BOULDER;
THE CHANCELLOR OF THE UNIVERSITY OF COLORADO AT BOULDER, PHILLIP DiSTEFANO, in his official capacity;
VALERIO FERME, in his individual capacity; and
PRISCILLA CRAVEN, in her individual capacity,

Defendants.

---

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

The parties submit the following Stipulated Motion to Dismiss With Prejudice.

The Parties have resolved and settled all issues between them and as part of their agreement stipulate that this lawsuit be dismissed with prejudice, each party to bear its own fees, costs and expenses.

WHEREFORE, the parties respectfully request that this action and all claims herein be dismissed with prejudice.

Respectfully submitted this 18th day of August, 2011.

OFFICE OF UNIVERSITY COUNSEL

*s/ David P. Temple*

David P. Temple
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
David.Temple@cu.edu
*Attorney for All Named Defendants*

BENEZRA & CULVER, P.C.

s/ Seth J. Benezra

Seth J. Benezra, Esq.
274 Union Blvd., #220
Lakewood, CO. 80228-1835
303-716-0254
sjbenezra@bc-law.com
*Attorney for Plaintiff*